IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, AND PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the PIPEFITTERS LOCAL UNION NO. 80 AND EMPLOYERS JOINT PENSION FUND), and SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74<br>c/o Gem Group<br>Brandywine Corporate Center<br>650 Naamans Road, Suite 303<br>Claymont, DE 19703<br><br>and<br><br>PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, AND LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80)<br>3200 Old Capital Trial<br>Wilmington, DE 19808<br>      Plaintiffs,<br><br> v.<br><br>CTI FIELD SERVICES, INC.<br> a/k/a CTI Field Services<br>6100 Center Grove Road<br>Edwardsville, IL 62025<br><br>Defendant. | CIVIL ACTION<br>NO. 07-CV-42 (SLR) |

**NOTICE OF DISMISSAL**

      Plaintiff, Plumbers and Pipefitters, et. al., hereby dismisses this action with prejudice in accordance with Rule 41 of the Federal Rules for Civil Procedure.

Date: March 7, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Timothy J. Snyder_
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

OF COUNSEL:
Sanford G. Rosenthal, Esquire
Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
(215) 351-0611/0674

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge